

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Norfolk/Newport News</u> Division

FILED
IN OPEN COURT

MAR - 8 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.                                                              CRIMINAL ACTION NO: 4:21cr68

TREQUAN M. SMITH

## SENTENCING PROCEDURES ORDER

1.      The sentencing hearing shall be scheduled no earlier than ONE HUNDRED TWENTY (120) DAYS following a plea of guilty or verdict of guilty, and sentencing is scheduled in this case on _August 8, 2022_ at _11:00 a.m._ in (✓) Norfolk ( ) Newport News.

2.      Counsel for the defendant is hereby given notice of the right to attend any interview of the defendant conducted by the Probation Officer in the course of the presentence investigation.  Failure of counsel to immediately notify the probation officer within THREE (3) DAYS of the guilty verdict or plea of the intention to be present at such interviews shall be deemed by the Court to be a waiver of same.

3.      The Presentence Investigation Report, including guideline computations, shall be completed and provided to the parties at least THIRTY-FIVE (35) DAYS prior to the sentencing hearing. A copy of this policy statement shall operate as notice to counsel that the presentence report will be furnished by the Probation Office THIRTY-FIVE (35) DAYS prior to the sentencing hearing.  A copy of the presentence report may  be disclosed to the defendant ONLY.

4.      If, after a review of the presentence report, there are no factors or facts material to guideline computations in dispute, counsel shall file a stipulation signed by the defendant and all counsel within FOURTEEN (14) DAYS after receiving the presentence report.

5.      A party objecting to guideline determinations or facts in the presentence report shall

deliver a written statement to the Probation Officer and opposing counsel within FOURTEEN (14) DAYS after receiving the presentence report setting forth any objections and any authorities relied upon.

6.     It is the obligation of the objecting party to seek resolution of such objections in conference with opposing counsel and the United States Probation Officer as soon as practicable, but no less than TEN (10) DAYS prior to the sentencing hearing.  This presentence conference is mandatory when objections effecting guideline computations are in dispute, and it is the responsibility of the objecting party to schedule it with the Probation Officer and opposing counsel.

7.     If any objections are unresolved prior to the sentencing hearing, counsel for the defendant and the government shall file a pleading entitled "Position of Parties with Respect to Sentencing Factors," ("Position Paper") containing all objections and the grounds therefor, in accordance with Section 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u> (Oct. 1987) SEVEN (7) DAYS prior to the sentencing hearing.  A copy shall be delivered to the Probation Officer on the date of filing.

8.     If evidence is sought to be presented at the sentencing hearing, the parties shall file as a part of their "Position Paper" an outline of such evidence, including: (1)  a description of the testimony of any witnesses sought to be called; (2) all documents, and (3) any affidavits.  A copy shall also be filed with the Probation Officer.  The Court may resolve objections upon the submissions of the parties and will hear witness testimony only for good cause shown.

9.     The United States Probation Officer shall transmit to the sentencing judge the presentence investigation report, including guideline computations, and an addendum indicating any unresolved objections by the parties with respect to the application of the guidelines SEVEN (7) DAYS prior to the sentencing hearing.

10.     All motions for upward or downward departure, responses, and rebuttal shall be filed and served FOURTEEN (14) , SEVEN (7), and FOUR (4) DAYS, respectively, before the sentencing date.  A

copy shall also be delivered to the Probation Officer on the same dates.

11. Failure of counsel to adhere to the times set forth in this Order shall result in written notification to the Court by the Probation Officer, with a copy provided to all counsel.

12. The times set forth in this Order may be modified by the Court for good cause shown. Time periods under this Order shall be CALENDAR days; no extra days for mailing shall be permitted. Except for the Presentence Investigation Report itself, all papers and pleadings may be filed and served on opposing counsel and the Probation Officer by facsimile mail, provided that such papers and pleadings bearing one original signature are simultaneously served by regular mail. In computing any period of time under this Order, if any deadline falls on a Saturday, Sunday, or holiday, the deadline shall be the FIRST (1st) BUSINESS DAY after the Saturday, Sunday, or holiday.

It is SO ORDERED.

_____
Raymond A. Jackson
United States District Judge

Date: _____

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THE SENTENCING PROCEDURES ORDER.

_____          _____
DEFENDANT                                                    DATE

_____          _____
COUNSEL FOR DEFENDANT                                DATE

_____          _____
COUNSEL FOR THE UNITED STATES                  DATE

Page 3 of 3